AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:22MJ-156 |
| JAMAAL TAYLOR | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

FILED
JAMES J. VILT JR,
CLERK
3/10/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 9, 2022 in the county of Oldham in the Western District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 641 | Receipt of Stolen Government Property |
| 18 U.S.C. Section 922(o) | Illegal Possession of a Machine Gun |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ C. Ryan Berthay
*Complainant's signature*

C. Ryan Berthay, FBI Special Agent
*Printed name and title*

Sworn to and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: March 10, 2022

City and state: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court

Print   Save As...   Attach   Reset